# FAITH HOPE ENTERPRIZE LLC

Report Type: Employee Earnings Record

PERIOD START: Jan 01, 2022
PERIOD END: Mar 31, 2022

BROADUS, TODDRISHA

Report Created: 03/24/2022 03:19 PM

## Check Date: 01/07/2022

| EARNINGS | | | EMPLOYEE TAXES & DEDUCTIONS | | EMPLOYER TAXES & DEDUCTIONS | |
|---|---|---|---|---|---|---|
| ITEM | VALUES | PERIOD | ITEM | PERIOD | ITEM | PERIOD |
| SALARY | 0.25 | $1.46 | FED WTH | $0.00 | CO FICA | $0.09 |
| | | | FICA | $0.09 | CO MEDC | $0.02 |
| | | | MEDFICA | $0.02 | CO UNEM-GA | $0.04 |
| | | | STATE-GA | $0.00 | FUTA | $0.01 |
| | | | | | GA ADMIN A | $0.00 |
| TOTAL: | 0.25 | $1.46 | | $0.11 | | $0.16 |

## Check Date: 01/14/2022

| EARNINGS | | | EMPLOYEE TAXES & DEDUCTIONS | | EMPLOYER TAXES & DEDUCTIONS | |
|---|---|---|---|---|---|---|
| ITEM | VALUES | PERIOD | ITEM | PERIOD | ITEM | PERIOD |
| SALARY | 40.00 | $413.46 | 401K 1$ | $5.00 | CO401K1 | $5.00 |
| | | | FED WTH | $15.94 | CO FICA | $25.64 |
| | | | FICA | $25.64 | CO MEDC | $6.00 |
| | | | MEDFICA | $6.00 | CO UNEM-GA | $10.91 |
| | | | STATE-GA | $9.89 | FUTA | $2.48 |
| | | | | | GA ADMIN A | $0.25 |
| TOTAL: | 40.00 | $413.46 | | $62.47 | | $50.28 |

## Check Date: 01/21/2022

| EARNINGS | | | EMPLOYEE TAXES & DEDUCTIONS | | EMPLOYER TAXES & DEDUCTIONS | |
|---|---|---|---|---|---|---|
| ITEM | VALUES | PERIOD | ITEM | PERIOD | ITEM | PERIOD |
| SALARY | 10.00 | $413.46 | 401K 1$ | $5.00 | CO401K1 | $5.00 |
| | | | FED WTH | $15.94 | CO FICA | $25.63 |
| | | | FICA | $25.63 | CO MEDC | $5.99 |
| | | | MEDFICA | $5.99 | CO UNEM-GA | $10.92 |
| | | | STATE-GA | $9.89 | FUTA | $2.48 |
| | | | | | GA ADMIN A | $0.25 |
| TOTAL: | 10.00 | $413.46 | | $62.45 | | $50.27 |

## Check Date: 01/28/2022

| EARNINGS | | | EMPLOYEE TAXES & DEDUCTIONS | | EMPLOYER TAXES & DEDUCTIONS | |
|---|---|---|---|---|---|---|
| ITEM | VALUES | PERIOD | ITEM | PERIOD | ITEM | PERIOD |
| SALARY | 10.00 | $413.46 | 401K 1$ | $5.00 | CO401K1 | $5.00 |
| | | | FED WTH | $15.94 | CO FICA | $25.63 |
| | | | FICA | $25.63 | CO MEDC | $6.00 |
| | | | MEDFICA | $6.00 | CO UNEM-GA | $10.91 |
| | | | STATE-GA | $9.89 | FUTA | $2.48 |
| | | | | | GA ADMIN A | $0.25 |
| TOTAL: | 10.00 | $413.46 | | $62.46 | | $50.27 |

## Check Date: 02/04/2022

| EARNINGS | | | EMPLOYEE TAXES & DEDUCTIONS | | EMPLOYER TAXES & DEDUCTIONS | |
|---|---|---|---|---|---|---|
| ITEM | VALUES | PERIOD | ITEM | PERIOD | ITEM | PERIOD |
| SALARY | 7.00 | $270.00 | 401K 1$ | $5.00 | CO401K1 | $5.00 |
| | | | FED WTH | $1.59 | CO FICA | $16.74 |
| | | | FICA | $16.74 | CO MEDC | $3.91 |
| | | | MEDFICA | $3.91 | CO UNEM-GA | $7.13 |
| | | | STATE-GA | $1.86 | FUTA | $1.62 |
| | | | | | GA ADMIN A | $0.16 |
| TOTAL: | 7.00 | $270.00 | | $29.10 | | $34.56 |

## Check Date: 02/11/2022

| EARNINGS | | | EMPLOYEE TAXES & DEDUCTIONS | | EMPLOYER TAXES & DEDUCTIONS | |
|---|---|---|---|---|---|---|
| ITEM | VALUES | PERIOD | ITEM | PERIOD | ITEM | PERIOD |
| SALARY | 10.00 | $413.46 | 401K 1$ | $5.00 | CO401K1 | $5.00 |
| | | | FED WTH | $15.94 | CO FICA | $25.64 |
| | | | FICA | $25.64 | CO MEDC | $6.00 |
| | | | MEDFICA | $6.00 | CO UNEM-GA | $10.92 |
| | | | STATE-GA | $9.89 | FUTA | $2.48 |
| | | | | | GA ADMIN A | $0.25 |
| TOTAL: | 10.00 | $413.46 | | $62.47 | | $50.29 |

## Check Date: 02/18/2022

| EARNINGS | | | EMPLOYEE TAXES & DEDUCTIONS | | EMPLOYER TAXES & DEDUCTIONS | |
|---|---|---|---|---|---|---|
| ITEM | VALUES | PERIOD | ITEM | PERIOD | ITEM | PERIOD |
| SALARY | 10.00 | $413.46 | 401K 1$ | $5.00 | CO401K1 | $5.00 |
| | | | FED WTH | $15.94 | CO FICA | $25.63 |
| | | | FICA | $25.63 | CO MEDC | $5.99 |
| | | | MEDFICA | $5.99 | CO UNEM-GA | $10.91 |
| | | | STATE-GA | $9.89 | FUTA | $2.48 |
| | | | | | GA ADMIN A | $0.24 |
| TOTAL: | 10.00 | $413.46 | | $62.45 | | $50.25 |

## Check Date: 02/25/2022

| EARNINGS | | | EMPLOYEE TAXES & DEDUCTIONS | | EMPLOYER TAXES & DEDUCTIONS | |
|---|---|---|---|---|---|---|

### Check Date: 02/18/2022

| EARNINGS | | | EMPLOYEE TAXES & DEDUCTIONS | | EMPLOYER TAXES & DEDUCTIONS | |
|---|---|---|---|---|---|---|
| ITEM | VALUES | PERIOD | ITEM / PERIOD | | ITEM / PERIOD | |
| SALARY | 10.00 | $413.46 | 401K 1$ | $5.00 | CO401K1 | $5.00 |
| | | | FED WTH | $15.94 | CO FICA | $25.63 |
| | | | FICA | $25.63 | CO MEDC | $5.99 |
| | | | MEDFICA | $5.99 | CO UNEM-GA | $10.91 |
| | | | STATE-GA | $9.89 | FUTA | $2.48 |
| | | | | | GA ADMIN A | $0.24 |
| TOTAL: | 10.00 | $413.46 | | $62.45 | | $50.25 |

### Check Date: 02/25/2022

| EARNINGS | | | EMPLOYEE TAXES & DEDUCTIONS | | EMPLOYER TAXES & DEDUCTIONS | |
|---|---|---|---|---|---|---|
| ITEM | VALUES | PERIOD | ITEM | PERIOD | ITEM | PERIOD |
| SALARY | 10.00 | $353.80 | 401K 1$ | $5.00 | CO401K1 | $5.00 |
| | | | FED WTH | $9.97 | CO FICA | $21.94 |
| | | | FICA | $21.94 | CO MEDC | $5.13 |
| | | | MEDFICA | $5.13 | CO UNEM-GA | $9.34 |
| | | | STATE-GA | $6.46 | FUTA | $2.13 |
| | | | | | GA ADMIN A | $0.22 |
| TOTAL: | 10.00 | $353.80 | | $48.50 | | $43.76 |

### Check Date: 03/04/2022

| EARNINGS | | | EMPLOYEE TAXES & DEDUCTIONS | | EMPLOYER TAXES & DEDUCTIONS | |
|---|---|---|---|---|---|---|
| ITEM | VALUES | PERIOD | ITEM | PERIOD | ITEM | PERIOD |
| SALARY | 0.20 | $5.00 | 401K 1$ | $4.62 | CO401K1 | $1.25 |
| | | | FED WTH | $0.00 | CO FICA | $0.31 |
| | | | FICA | $0.31 | CO MEDC | $0.07 |
| | | | MEDFICA | $0.07 | CO UNEM-GA | $0.14 |
| | | | STATE-GA | $0.00 | FUTA | $0.03 |
| | | | | | GA ADMIN A | $0.00 |
| TOTAL: | 0.20 | $5.00 | | $5.00 | | $1.80 |

### Check Date: 03/11/2022

| EARNINGS | | | EMPLOYEE TAXES & DEDUCTIONS | | EMPLOYER TAXES & DEDUCTIONS | |
|---|---|---|---|---|---|---|
| ITEM | VALUES | PERIOD | ITEM | PERIOD | ITEM | PERIOD |
| SALARY | 10.00 | $350.46 | 401K 1$ | $5.00 | CO401K1 | $5.00 |
| | | | FED WTH | $9.64 | CO FICA | $21.73 |
| | | | FICA | $21.73 | CO MEDC | $5.09 |
| | | | MEDFICA | $5.09 | CO UNEM-GA | $9.25 |
| | | | STATE-GA | $6.27 | FUTA | $2.10 |
| | | | | | GA ADMIN A | $0.21 |
| TOTAL: | 10.00 | $350.46 | | $47.73 | | $43.38 |

### Check Date: 03/18/2022

| EARNINGS | | | EMPLOYEE TAXES & DEDUCTIONS | | EMPLOYER TAXES & DEDUCTIONS | |
|---|---|---|---|---|---|---|
| ITEM | VALUES | PERIOD | ITEM | PERIOD | ITEM | PERIOD |
| SALARY | 0.25 | $2.00 | 401K 1$ | $1.85 | CO401K1 | $0.50 |
| | | | FED WTH | $0.00 | CO FICA | $0.12 |
| | | | FICA | $0.12 | CO MEDC | $0.03 |
| | | | MEDFICA | $0.03 | CO UNEM-GA | $0.05 |
| | | | STATE-GA | $0.00 | FUTA | $0.01 |
| | | | | | GA ADMIN A | $0.00 |
| TOTAL: | 0.25 | $2.00 | | $2.00 | | $0.71 |

### Check Date: 03/25/2022

| EARNINGS | | | EMPLOYEE TAXES & DEDUCTIONS | | EMPLOYER TAXES & DEDUCTIONS | |
|---|---|---|---|---|---|---|
| ITEM | VALUES | PERIOD | ITEM | PERIOD | ITEM | PERIOD |
| SALARY | 10.00 | $413.46 | 401K 1$ | $5.00 | CO401K1 | $5.00 |
| | | | FED WTH | $15.94 | CO FICA | $25.64 |
| | | | FICA | $25.64 | CO MEDC | $5.99 |
| | | | MEDFICA | $5.99 | CO UNEM-GA | $10.92 |
| | | | STATE-GA | $9.89 | FUTA | $2.48 |
| | | | | | GA ADMIN A | $0.25 |
| TOTAL: | 10.00 | $413.46 | | $62.46 | | $50.28 |

### TOTAL EARNINGS

| EARNINGS | | | EMPLOYEE TAXES & DEDUCTIONS | | EMPLOYER TAXES & DEDUCTIONS | |
|---|---|---|---|---|---|---|
| ITEM | | TOTAL | ITEM | TOTAL | ITEM | TOTAL |
| SALARY | | $3,463.48 | FED WTH | $116.84 | CO FICA | $214.74 |
| | | | FICA | $214.74 | CO MEDC | $50.22 |
| | | | MEDFICA | $50.22 | CO UNEM-GA | $91.44 |
| | | | STATE-GA | $73.93 | FUTA | $20.78 |
| | | | 401K 1$ | $51.47 | GA ADMIN A | $2.08 |
| | | | | $0.00 | CO401K1 | $46.75 |
| TOTAL: | | $3,463.48 | | $507.20 | | $426.01 |